# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | 8:12CB08 |
| | ) | Violation Number 0984361 NE-55 |
| vs. | ) | |
| ALICIA BERNADT, | ) | ORDER |
| Defendant. | ) | |

On the motion to dismiss by the United States Attorney's Office (Filing No. 3), the above-referenced matter is hereby dismissed without prejudice.

**IT IS SO ORDERED**.

DATED this 24th day of September, 2012.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge